UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYKEL SPEARS,<br><br>    Defendant. | ) CASE NO. MJ20-495<br>) EDWI No. CR20-109<br>)<br>) DETENTION ORDER<br>) |

<u>Offense charged</u>:   Possession With Intent to Distribute A Controlled Substance (two counts); Possession of a Firearm in Furtherance of a Drug Trafficking Offense; Forfeiture Allegations

<u>Date of Detention Hearing</u>:   August 4, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted in the Eastern District of Wisconsin for the above-reference drug trafficking charges. He was not interviewed by Pretrial Services, so his ties to this District, as well as background information, is unknown or unverified. Defendant does not contest entry of detention, requesting a detention hearing be conducted in the charging District. An Order of Transfer has been signed.

2. Defendant poses a risk of nonappearance based on lack of verified background information. Defendant poses a risk of danger based on the nature of the offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 4th day of August, 2020.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3